UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASPAR GABRIELIAN, *individually and on behalf of others similarly situated*,

                Plaintiff,

– against –

C-CUBED GROUP, INC., *d/b/a* C-CUBED, and ANTHONY CHAN,

                Defendants.

**ORDER**

20 Civ. 8575 (ER)

Ramos, D.J.:

    Plaintiff filed this case on October 14, 2020.  Defendant C-Cubed was served with process on October 21, 2020.  There has been no further activity in this case.  Plaintiff is directed to file a status update by no later than April 19, 2021.  Failure to comply could result in sanctions including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:   April 5, 2021
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.