UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KASPAR GABRIELIAN, *individually and on behalf of others similarly situated*,

                              Plaintiff,

– against –

C-CUBED GROUP, INC., *d/b/a* C-CUBED, and ANTHONY CHAN,

                              Defendants.

**ORDER**

20 Civ. 8575 (ER)

Ramos, D.J.:

      On April 28, 2021, the Court granted Plaintiff an additional 30 days to serve defendant Chan. No certificate of service has been filed and there has been no further activity in this case. Plaintiff is directed to file a status update regarding efforts to serve Chan by no later than July 9, 2021. If Plaintiff intends to move for a default judgment against Defendant C-Cubed, he must also do so by July 9, 2021. Failure to comply could result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated:  July 1, 2021
           New York, New York

                                                            Edgardo Ramos, U.S.D.J.